UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LUCAS WOODWARD,

      Petitioner,

 v.

JASON BENNETT,

      Respondent.

CASE NO. 3:24-cv-05540-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (R&R), Dkt. # 4, and the remaining record, does hereby ORDER:

(1)   The Court adopts the R&R, to which Petitioner has not filed an objection, and with which the Court agrees.

(2)   Petitioner's federal habeas Petition is duplicative of another pending federal habeas action and is therefore DISMISSED without prejudice.

(3)   Petitioner's IFP motion (Dkt. # 1) and his other proposed motions and requests (Dkt. ## 1-3, 1-4, 1-5) are denied as moot.

(4)   A certificate of appealability is denied in this case.

(5) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 25th day of July, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2